NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IPVENTURE, INC.,**
*Appellant*

**v.**

**FEDEX CORPORATION,**
*Appellee*

———————————

2016-1911

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00833.

———————————

## JUDGMENT

———————————

C. DOUGLASS THOMAS, IpVenture, Los Altos, CA, argued for appellant.

JEFFREY A. BERKOWITZ, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by MICHAEL VINCENT YOUNG, SR.; E. CHRIS CHERRY, FedEx Legal Department, Memphis, TN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 9, 2017            /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
           Clerk of Court